STATE OF NEW JERSEY v. DEBORAH J. CATENA.

May 17, 1983.

Petition for certification denied.

MARTIN NADLER v. ANN NADLER.

May 17, 1983.

Petition for certification denied.

POLO CHEZ, INC. T/A GARY'S BAR v. MUNICIPAL BOARD OF
ALCOHOLIC BEVERAGE CONTROL OF THE CITY
OF NEWARK.

May 17, 1983.

Petition for certification denied.

JOHN F. SMITH v. TOWNSHIP OF MOORESTOWN.

May 17, 1983.

Petition for certification denied.